**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM O'CONNOR,

    Plaintiff,

v.                                            Case No. 05-CV-74498-DT

TRANS UNION, LLC et al.,

    Defendants.
                                               /

**ORDER ALLOWING WITHDRAWAL OF COUNSEL AND STAYING CASE**

On July 19, 2006, the court conducted a status conference, on the record, in the above-captioned matter. For the reasons stated fully on the record,

IT IS ORDERED that Plaintiff's counsel, Brian Parker, is WITHDRAWN as counsel of record in this matter.

IT IS FURTHER ORDERED that this case is STAYED until **August 16, 2006**, to allow Plaintiff sufficient time to obtain substitute counsel. If a substitute attorney does not file an appearance by such time, Plaintiff is DIRECTED to submit a letter to the court, with copies to opposing counsel, before **August 16, 2006,** stating either that (1) he desires to represent himself and continue the lawsuit or (2) he desires to continue the lawsuit and requires more time to find an attorney. If Plaintiff requests more time to find an attorney, he should specifically detail the diligent efforts he has made to obtain representation.

IT IS FURTHER ORDERED that responses to the pending summary judgment motions will not be due until after the stay is lifted in this case. The court will conduct a

telephonic status conference after the stay is lifted or after an attorney files a notice of appearance to determine the exact deadline for filing responses.

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  July 21, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 21, 2006, by electronic and/or ordinary mail.

   S/Lisa G. Teets
Case Manager and Deputy Clerk
(313) 234-5522